**Christine WHEAT, Plaintiff–Appellant,**

v.

**J.O. LEWIS, Defendant–Appellee.**

**No. 05–12168.**

United States Court of Appeals, Eleventh Circuit.

March 23, 2006.

Paula Jeanette McGill, The McGill Law Firm, LLC, Kennesaw, GA, for Plaintiff-Appellant.

Deborah L. Dance, Cobb County Attorney's Office, Marietta, GA for Defendant-Appellee.

Before ANDERSON, DUBINA and HILL, Circuit Judges.

PER CURIAM:

After oral argument and careful review of the record, we conclude that no reasonable jury could find on this record a viola-

tion of the Fourth Amendment or the Fourteenth Amendment. We readily conclude that defendant was entitled to qualified immunity.

AFFIRMED.